ROBERT N. HAINS, Appellant, v. WALTER SELL, Respondent, Impleaded with Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN O'TIER, an Infant, by CLAUDE J. O'TIER, His Guardian ad Litem, Appellant, v. WALTER SELL, Respondent, Impleaded with Others, Defendants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM GERBER, Appellant, v. WILLIAM S. VOSBURG, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES A. SESSIONS, Respondent, v. MELISSA B. KNAPP, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

INA DURKEE, Appellant, v. FREDERICK COE, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY IRENE KANE, an Infant, etc., Appellant, v. JAMES S. BRYAN and Another, Respondents.—Appeal dismissed, unless appellant shall file and serve the printed records and printed briefs by March seventeenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

RALPH G. BENDER, Respondent, v. PETER GALINSKI, Appellant.— Appeal dismissed unless appellant shall file and serve the printed records and printed briefs by April fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BARTKOWIAK, Appellant.— Time for argument of the appeal extended to and including March nineteenth, but in case court is not then in session, to the second court day thereafter. Present — Sears; P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DAVID CAMPBELL and Others, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied, and appellant relieved from default in serving brief upon payment of ten dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALBERT O. HESSE, Respondent, v. WILLIAM C. J. DOOLITTLE, Appellant.— Motion for extension of time to file and serve printed briefs granted, and time extended to March twelfth upon payment of ten dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FRANK P. TRIPI, Respondent, v. ANDREW COCCA and Another, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed records and printed briefs by March seventh, pursuant to stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FELIX REPETOWSKI, Appellant.— Time for argument of the appeal extended to and including May second, the printed record and appellants' brief to be filed by April fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.